

# NUMBER 13-15-00036-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HESIQUIO CANTU,                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                           **Appellee.**

### On appeal from the 148th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on September 15, 2015. Appellee has not filed a brief. The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief with this Court on or before May 23, 2016. Further motions for extension of time

will not be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
25th day of April, 2016.